UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MAXUM INDEMNITY CO., | ) | Case No.: 1:17 CV 1968 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| THE ROBBINS COMPANY, | ) | |
| | ) | |
| Defendant | ) | JUDGMENT ENTRY |

The court, having granted Plaintiff Maxum Indemnity Co.'s ("Plaintiff") Motion for Judgment on the Pleadings (ECF No. 16), in a separate Order on this same date, hereby enters judgment for Plaintiff and against Defendant.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

March 21, 2018